**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | |
|---|---|
| PATRICIA PUJOLS, | : No. 417 EAL 2017 |
| | : |
| Petitioner | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| GOOD SHEPHERD REHABILITATION | : |
| NETWORK, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 6th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.